UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

DARREL YOUNGBLOOD,

    Plaintiff,

v.     CASE NO. 3:24-cv-911-WWB-SJH

HKA ENTERPRISES, LLC,

    Defendant.
_____/

## ORDER

Plaintiff's Disclosure Statement, Doc. 9, fails to provide the information required by Federal Rule of Civil Procedure 7.1 and Local Rule 3.03. The Court will therefore **strike** Plaintiff's Disclosure Statement.

Question 2 of the Court's form asks whether jurisdiction is based on either 28 U.S.C. § 1332(a) or 28 U.S.C. § 1332(d) and if so, requires the filer to provide the name and citizenship of each person or entity whose citizenship is attributed to the filer. Plaintiff responded affirmatively and stated, "Plaintiff Darrell Youngblood is U.S. citizen who maintains residency in the state of North Carolina." Doc. 9 at 2. This is insufficient. *See Trudel v. Biotech*, No. 8:22-cv-1823-TPB-SPF, 2022 WL 17487990, at 1 (M.D. Fla. Dec. 7, 2022); *see also* Doc. 9 at 3, Question 2(f) (requiring certification if filer identified a natural person that "the filer has identified citizenship in accord with the person's domicile, which does not necessarily correspond to the person's residence").

Accordingly, the Court **strikes** Plaintiff's Disclosure Statement (Doc. 9). On or

before **September 30, 2024**, Plaintiff must file a proper disclosure statement.

**DONE AND ORDERED** in Jacksonville, Florida, on September 23, 2024.

_____
Samuel J. Horovitz
United States Magistrate Judge

Copies to:

Counsel of Record